Michael **RAYBURN**, Appellant,

v.

**STATE** of Missouri, Respondent.

No. 67808.

Missouri Court of Appeals,
Eastern District,
Division One.

Oct. 31, 1995.

David L. Simpson, Office of the State Public Defender, Columbia, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Christine M. Kocot, Asst. Atty. Gen., Jefferson City, for respondent.

Before REINHARD, P.J., and KAROHL and WHITE, JJ.

*ORDER*

PER CURIAM.

Movant appeals denial of his Rule 24.035 motion for post conviction relief without an evidentiary hearing. The findings and conclusions of the motion court are not clearly erroneous. An extended opinion would have no precedential value. Judgment affirmed in accordance with Rule 30.25(b).